# EXHIBIT A

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Michelle Foster
23LA0142
St. Clair County
2/16/2023 2:12 PM
21506704

## AFFIDAVIT OF SERVICE

| Case: 23LA0142 | Court: St. Clair | County: St. Clair, Illinois | Job: 8368386 (DM0027UK - JST_507642446) |
|---|---|---|---|
| Plaintiff / Petitioner: WOWL Trust - Trustee Dean Devert | | Defendant / Respondent: Jason Caraway | |
| Received by: PROCESS SERVERS INC | | For: Heavner, Beyers & Mihlar, LLC | |
| To be served upon: Jason Caraway | | | |

DOUG JONES, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

**Recipient Name / Address:** Jason Caraway, 414 Shiloh Station Rd., O'Fallon, IL 62269
**Manner of Service:** Substitute Service - Abode, Feb 11, 2023, 10:45 am CST
**Documents:** Complaint, Summons

**Additional Comments:**
1) Successful Attempt: Feb 11, 2023, 10:45 am CST at 414 Shiloh Station Rd., O'Fallon, IL 62269 received by Jason Caraway. Age: 40; Ethnicity: Caucasian; Gender: Female;
Accepted by Autumn Caraway. I further mailed a copy of this process to the defendant via first calss US mail on 2/13/23.

_____   02/14/2023
DOUG JONES                      Date

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____   02/14/2023
DOUG JONES                      Date

Windy City Process Serving Inc.
3400 W 111th St #446
Chicago, IL 60655

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS CIRCUIT COURT St. Clair COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | WOWL TRUST - TRUSTEE DEAN DEVERT<br>**Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | v. | 23LA0142 |
| Enter the names of all people you are suing as Defendants/Respondents. | JASON CARAWAY<br>**Defendant / Respondent** (First, middle, last name) | **Case Number** |
| Enter the Case Number Given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons*, or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name (First, Middle, Last): Jason Caraway<br>Registered Agent's name, if any: _____<br>Street Address, Unit #: 414 Shiloh Station Rd.<br>City, State, ZIP: O'Fallon, IL 62269<br>Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name (First, Middle, Last): _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff   ☐ Sheriff outside Illinois: _____<br>                                                        County & State<br>☑ Special process server   ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: __23LA0142__

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: ___$753,651.59___, plus interest and late fees subsequent to 02/06/2023, plus reasonable attorneys' fees, plus costs of suit |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner**<br>Name *(First, Middle, Last)*: Faiq Mihlar (#6274089)<br>Street Address, Unit #: P.O. Box 740<br>City, State, ZIP: Decatur, IL 62525<br>Telephone: (217) 422-1719     Email: SCPleadings@hsbattys.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an Appearance and Answer/Response within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this Summons (Defendant):**<br>☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: 10 Public Square<br>City, State, ZIP: Belleville, IL 62220<br><br>☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>   Date        Time                              Courtroom<br>**In-person at:**<br>_____<br>Courthouse Address   City              State   ZIP<br>OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>   Call-in number for telephone remote appearance<br>By video conference: _____<br>   Video conference website<br>_____<br>Video conference log-in information (meeting ID, password, etc.)<br>Call the Circuit Clerk at: _____ or visit their website<br>   Circuit Clerk's phone number<br>at: _____ to find out more about how to do this.<br>   Website |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their Appearance and Answer/ Response.<br><br>In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website.<br>All of this information is available from the Circuit Clerk. | |

**Witness this Date:** ___2/9/2023___
                          Nora Sternau
**Clerk of the Court:** _____

**This *Summons* must be served within 30 days of the witness date.**

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |